374 A.2d 721

Keystone Bank v. Fine, et ux., Appellants, et al.

Argued April 12, 1977. Rodney W. Fink, with him Fine, Perlow & Stone, for appellants; Reed J. Davis and Stanley J. Reisman, with them Davis & Mazzotta, for appellee.

Order affirmed.

VAN der VOORT, J., absent.